UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA            Case No.   8:25-cr-530-CEH-LSG

v.

HON NING HO,
   a/k/a "Mathew Ho,"
BRIAN CURTIS RAYMOND,
CHAM LI,
   a/k/a "Tony Li," and
JING CHEN,
   a/k/a "Harry Chen"

NOV 19 2025 PM 12:49
FILED - USDC - FLMD - TPA

### ORDER

THIS CAUSE having come on for consideration upon the motion of the government to unseal the Indictment and other related documents for the above-captioned case.

It is hereby ORDERED that the Motion is GRANTED.

DONE AND ORDERED this __19th__ day of ~~October~~ November, 2025.

_____
HON. LINDSEY S. GRIFFIN
United States Magistrate Judge