# BMG INT Habana

Account #
4612 N Habana Avenue 1st Flr
Tampa, FL 33614
Phone: (813) 840-3526
Fax: (813) 443-8182
Ord Phys (Electronically Signed): **Silverfield , Joel MD**
NPI: 1770695728  UPIN: D53983


302140987

Specimen Collected: **At Service Center**
Accession #:
Sup Phys:
NPI:

## HO, HON NING

**Bill To: Third Party**

DOB: 10/24/1991    Age: 33 Years    Gender: Male    SSN# X    CMRN: 302140987    FIN:
Address: 18823 DUQUESNE DR    Home Phone:
City, State Zip: TAMPA, FL 336473422

| Primary Insurance: **UHC Student Res HMO** | Secondary Insurance: |
|---|---|
| Bill Type: HMO Managed Care | Bill Type: |
| Code: | Code: |
| Address: PO BOX 809025 | Address: |
| City, State Zip: Dallas, TX 753809025 | City, State Zip: |
| Policy Number: 7913894 | Policy Number: |
| Group Number: 202220040401 | Group Number: |
| Subscriber: HO, HON NING | Subscriber: |
| DOB: 10/24/1991 | DOB: |
| Relationship: SELF | Relationship: |
| Address: 18823 DUQUESNE DR | Address: |
| City, State Zip: TAMPA, FL 336473422 | City, State Zip: |

### Responsible Party / Guarantor

Name: HO, HON NING    DOB: 10/24/1991    Relationship: SELF
Address: 18823 DUQUESNE DR    SSN# X
City, State Zip: TAMPA, FL 336473422    Home Phone: (8

## Orders

**80053  CMP**
Future (On Hold)    Req. Coll. Dt/Tm: 08/27/2025 16:04 (est.)
ABN Status:
Diagnoses:  L40.54    Psoriatic juvenile arthropathy
       M75.21    Bicipital tendinitis, right shoulder
       M76.51    Patellar tendinitis, right knee
       N18.30    Chronic kidney disease, stage 3 unspecified
Order Comment:    ***OVERDUE, COMPLETE NOW***

**85652  Sed Rate (ESR)**
Future (On Hold)    Req. Coll. Dt/Tm: 08/27/2025 16:04 (est.)
ABN Status:
Diagnoses:  L40.54    Psoriatic juvenile arthropathy
       M75.21    Bicipital tendinitis, right shoulder
       M76.51    Patellar tendinitis, right knee
Order Comment:    ***OVERDUE, COMPLETE NOW***

**85025  CBC with Differential**
Future (On Hold)    Req. Coll. Dt/Tm: 08/27/2025 16:03 (est.)
ABN Status:
Diagnoses:  L40.54    Psoriatic juvenile arthropathy
       M75.21    Bicipital tendinitis, right shoulder
       M76.51    Patellar tendinitis, right knee

Printed:08/27/2025 16:07

## Orders (Continued...)

    N18.30      Chronic kidney disease, stage 3 unspecified
Order Comment:   ***OVERDUE, COMPLETE NOW***

---

**86140    CRP**
**Future (On Hold)**      Req. Coll. Dt/Tm: 08/27/2025 16:04 (est.)
ABN Status:
Diagnoses:    L40.54      Psoriatic juvenile arthropathy
               M75.21      Bicipital tendinitis, right shoulder
               M76.51      Patellar tendinitis, right knee
Order Comment:   ***OVERDUE, COMPLETE NOW***

---

**81003    Urinalysis reflex Microscopy/Culture**
**Future (On Hold)**      Req. Coll. Dt/Tm: 08/27/2025 16:04 (est.)
ABN Status:
Diagnoses:    Z13.89      Encounter for screening for other disorder
Order Comment:   ***OVERDUE, COMPLETE NOW***

# BayCare Medical Group

4612 N Habana Avenue 1st Flr
Tampa, FL 33614
(813) 840-3526 Fax (813) 443-8182

## Patient Information

| | | | |
|---|---|---|---|
| Patient: | HO, HON NING | CPI#: | 302140987 |
| Address: | 18823 DUQUESNE DR TAMPA, FL 336473422 | FIN: | 106021300699 |
| Preferred #: | 8134057251 | DOB: | 10/24/1991 |
| Mobile#: | 8134057251 | Age: | 33 Years |
| Insurance: | UHC StudentResourcesPolicy no: 7913894 | Sex: | Male |
| Height: | 70 inch(es) | BUN: | 13 mg/dL |
| Weight: | 94.347 kg | Creatinine: | 1.18 mg/dL |
| Allergies: | No Known Medication Allergies | | |

Diagnosis: Pain in right hand M79.641, Psoriatic juvenile arthropathy L40.54

## Order Details

Procedure: SOI DX HAND 2 VIEWS

| | |
|---|---|
| Requested start date and time | 08/27/25 16:06:00 EDT |
| Pregnant | No |
| Priority | Routine |
| Difference in Minutes | -1 |
| Preprocessing Script | oe_default_from_form |
| Laterality | Right |

| | | | |
|---|---|---|---|
| Ordering MD: | Silverfield, Joel MD – NPI# 1770695728 | Order Date/Time: | 08/27/25 12:03 EDT |
| Entered by: | EG | Printed Date/Time: | 08/27/25 16:08 |

## Ordering Comments

BayCare Imaging
Appointment Scheduling:
855-269-4333

Order ID #: 43758251793      Electronically signed by: Silverfield, Joel MD

Thank you for choosing Baycare Medical Group

Please visit our website at: www.baycaremedicalgroup.com    Patient Portal: mybaycare.org

# BayCare Medical Group

4612 N Habana Avenue 1st Flr
Tampa, FL 33614
(813) 840-3526  Fax (813) 443-8182

## Patient Information

| | | | |
|---|---|---|---|
| Patient: | HO, HON NING | CPI#: | 302140987 |
| Address: | 18823 DUQUESNE DR TAMPA, FL 336473422 | FIN: | 106021300699 |
| Preferred #: | 8134057251 | DOB: | 10/24/1991 |
| Mobile#: | 8134057251 | Age: | 33 Years |
| Insurance: | UHC StudentResourcesPolicy no: 7913894 | Sex: | Male |
| Height: | 70 inch(es) | BUN: | 13 mg/dL |
| Weight: | 94.347 kg | Creatinine: | 1.18 mg/dL |
| Allergies: | No Known Medication Allergies | | |

Diagnosis: Patellar tendinitis, right knee M76.51

## Order Details

Procedure: SOI DX KNEE 3 VIEWS

| | |
|---|---|
| Requested start date and time | 08/27/25 16:05:00 EDT |
| Pregnant | No |
| Priority | Routine |
| Difference in Minutes | −1 |
| Preprocessing Script | oe_default_from_form |
| Laterality | Right |

| | | | |
|---|---|---|---|
| Ordering MD: | Silverfield, Joel MD – NPI# 1770695728 | Order Date/Time: | 08/27/25 12:03 EDT |
| Entered by: | EG | Printed Date/Time: | 08/27/25 16:08 |

## Ordering Comments

BayCare Imaging
Appointment Scheduling:
855-269-4333

Order ID #: 43758158947     Electronically signed by: Silverfield, Joel MD

Thank you for choosing Baycare Medical Group

Please visit our website at: www.baycaremedicalgroup.com     Patient Portal: mybaycare.org

# BayCare Medical Group

4612 N Habana Avenue 1st Flr
Tampa, FL 33614
(813) 840-3526 Fax (813) 443-8182

## Patient Information

| | | | |
|---|---|---|---|
| Patient: | HO, HON NING | CPI#: | 302140987 |
| Address: | 18823 DUQUESNE DR TAMPA, FL 336473422 | FIN: | 106021300699 |
| Preferred #: | 8134057251 | DOB: | 10/24/1991 |
| Mobile#: | 8134057251 | Age: | 33 Years |
| Insurance: | UHC StudentResourcesPolicy no: 7913894 | Sex: | Male |
| Height: | 70 inch(es) | BUN: | 13 mg/dL |
| Weight: | 94.347 kg | Creatinine: | 1.18 mg/dL |
| Allergies: | No Known Medication Allergies | | |

Diagnosis: Bicipital tendinitis, right shoulder M75.21

## Order Details

Procedure: SOI DX SHOULDER COMPLETE 2 VIEWS OR MORE

| | |
|---|---|
| Requested start date and time | 08/27/25 16:04:00 EDT |
| Pregnant | No |
| Priority | Routine |
| Difference in Minutes | -1 |
| Preprocessing Script | oe_default_from_form |
| Laterality | Right |

| | | | |
|---|---|---|---|
| Ordering MD: | Silverfield, Joel MD – NPI# 1770695728 | Order Date/Time: | 08/27/25 12:03 EDT |
| Entered by: | EG | Printed Date/Time: | 08/27/25 16:07 |

## Ordering Comments

BayCare Imaging
Appointment Scheduling:
855-269-4333

Order ID #: 43758106365          Electronically signed by: Silverfield, Joel MD

Thank you for choosing Baycare Medical Group

Please visit our website at: www.baycaremedicalgroup.com     Patient Portal: mybaycare.org

# Bodymass Composition Testing - Tampa

1355 W. Gray St, Tampa, FL 33606,
Phone:

| Patient: | Ning Ho, Hon | | | Referring Physician: | (not specified) |
|---|---|---|---|---|---|
| Birth Date: | 10/24/1991 | Age: | 32.7 years | Patient ID: | (not specified) |
| Height: | 69.0 in. | Weight: | 211.2 lbs. | Measured: | 07/09/2024 7:15:26 AM (15 [SP 3]) |
| Sex: | Male | Ethnicity: | Asian | Analyzed: | 07/09/2024 7:15:36 AM (15 [SP 3]) |

Total Body Tissue Quantitation



Image not for diagnosis

### Composition (Enhanced Analysis)

| Region | Tissue (%Fat) | Centile | Total Mass (lbs) | Fat (lbs) | Lean (lbs) | BMC (lbs) |
|---|---|---|---|---|---|---|
| Arms | 18.3 | - | 26.6 | 4.7 | 20.9 | 0.9 |
| Legs | 21.4 | - | 72.3 | 14.9 | 54.7 | 2.8 |
| Trunk | 31.9 | - | 100.8 | 31.5 | 67.3 | 2.0 |
| Android | 33.1 | - | 16.6 | 5.4 | 11.0 | 0.1 |
| Gynoid | 24.8 | - | 33.9 | 8.2 | 25.0 | 0.7 |
| Total | 26.1 | - | 211.2 | 53.4 | 150.8 | 7.1 |

**USA (Lunar) Reference Chart:** No reference data for Total Body [Total] region.
USA (Lunar) Reference Population did not support the patient's ethnicity for Total Body Composition.

**Total Body: Total**
Fat (lbs) [Black]   Fat Free (lbs) [Magenta]

### USA (Combined NHANES/Lunar) Trend: Total (Enhanced Analysis)

| Measured Date | Age (years) | Tissue (%Fat) | Centile | Total Mass (lbs) | Tissue (lbs) | Fat (lbs) | Lean (lbs) | BMC (lbs) | Fat Free (lbs) |
|---|---|---|---|---|---|---|---|---|---|
| 07/09/2024 | 32.7 | 26.1 | - | 211.2 | 204.2 | 53.4 | 150.8 | 7.1 | 157.9 |

### USA (Combined NHANES/Lunar) Trend: Fat Distribution (Enhanced Analysis)

| Measured Date | Age (years) | Android (%Fat) | Gynoid (%Fat) | A/G Ratio | Total (%Fat) |
|---|---|---|---|---|---|
| 07/09/2024 | 32.7 | 33.1 | 24.8 | 1.33 | 26.1 |

### World Health Organization BMI Classification
BMI = 31.2 (kg/m$^2$)



Weight (lbs.) for height = 69.0 in.

**COMMENTS:**

Statistically 68% of repeat scans fall within 1SD (± 0.8 % Fat, ±0.46 lbs. Tissue Mass, ±1.15 lbs. Fat Mass, ±1.34 lbs. Lean Mass for Total Body Total); USA (Lunar) Total Body Composition Reference Population (v113); Composition Matched for Age
Date created: 07/09/2024 7:15:48 AM 15 [SP 3]; Filename: q4scgsapt6.dfb; Total Body; 76:0.15:76.52:62.7 0.00:-1.00 4.80x13.01 14.0:%Fat=26.1%; 0.00:0.00 0.00:0.00; Scan Mode: Thick; 0.8 µGy

GE Healthcare    Page: 1 of 1    Lunar Prodigy Advance PA+500010

# Bodymass Composition Testing - Tampa
1355 W. Gray St, Tampa, FL 33606,
Phone:

| Patient: | Ning Ho, Hon | | | Referring Physician: | (not specified) |
|---|---|---|---|---|---|
| Birth Date: | 10/24/1991 | Age: | 32.7 years | Patient ID: | (not specified) |
| Height: | 69.0 in. | Weight: | 211.2 lbs. | Measured: | 07/09/2024 7:15:26 AM (15 [SP 3]) |
| Sex: | Male | Ethnicity: | Asian | Analyzed: | 07/09/2024 7:15:36 AM (15 [SP 3]) |

**Total Body Bone Density**



Image not for diagnosis

**USA (Combined NHANES/Lunar) Total Body: Total (BMD)**

### Densitometry: USA (Combined NHANES/Lunar) (Enhanced Analysis)

| Region | BMD (g/cm²) | Young-Adult T-score | Age-Matched Z-score |
|---|---|---|---|
| Head | 2.457 | - | - |
| Arms | 1.180 | - | - |
| Legs | 1.467 | - | - |
| Trunk | 1.133 | - | - |
| Ribs | 1.006 | - | - |
| Spine | 1.135 | - | - |
| Pelvis | 1.265 | - | - |
| Total | 1.410 | 2.1 | 1.3 |

COMMENTS:

Statistically 68% of repeat scans fall within 1SD (± 0.010 g/cm² for Total Body Total); USA (Combined NHANES (ages 20-30) / Lunar (ages 20-40)) Total Body Reference Population (v113); Matched for Age, Weight (males 25-100 kg), Ethnic
Date created: 07/09/2024 7:15:53 AM 15 [SP 3]; Filename: q4scgsapt6.dfb; Total Body; 76:0.15:76.52:62.7 0.00:-1.00 4.80x13.01 14.0:%Fat=26.1%; 0.00:0.00 0.00:0.00; Scan Mode: Thick; 0.8 µGy

GE Healthcare  Page: 1 of 1  Lunar Prodigy Advance  PA+500010

# Bodymass Composition Testing - Tampa
1355 W. Gray St, Tampa, FL 33606,
Phone:

| Patient: | Ning Ho, Hon | | | Referring Physician: | (not specified) |
|---|---|---|---|---|---|
| Birth Date: | 10/24/1991 | Age: | 32.7 years | Patient ID: | (not specified) |
| Height: | 69.0 in. | Weight: | 211.2 lbs. | Measured: | 07/09/2024 7:15:26 AM (15 [SP 3]) |
| Sex: | Male | Ethnicity: | Asian | Analyzed: | 07/09/2024 7:15:36 AM (15 [SP 3]) |

## BODY COMPOSITION: Total Body (Enhanced Analysis)

| Region | Tissue (%Fat) | Region (%Fat) | Tissue (lbs) | Fat (lbs) | Lean (lbs) | BMC (lbs) | Total Mass (lbs) |
|---|---|---|---|---|---|---|---|
| Arms | 18.3 | 17.7 | 25.6 | 4.7 | 20.9 | 0.9 | 26.6 |
| Arm Right | 17.4 | 16.8 | 13.1 | 2.3 | 10.8 | 0.5 | 13.6 |
| Arm Left | 19.3 | 18.7 | 12.5 | 2.4 | 10.1 | 0.5 | 13.0 |
| Arms Diff. | -1.9 | -1.9 | 0.6 | -0.1 | 0.7 | 0.0 | 0.6 |
| Legs | 21.4 | 20.6 | 69.6 | 14.9 | 54.7 | 2.8 | 72.3 |
| Leg Right | 21.9 | 21.0 | 34.2 | 7.5 | 26.7 | 1.4 | 35.6 |
| Leg Left | 21.0 | 20.2 | 35.3 | 7.4 | 27.9 | 1.4 | 36.7 |
| Legs Diff. | 0.9 | 0.8 | -1.1 | 0.1 | -1.2 | 0.0 | -1.1 |
| Trunk | 31.9 | 31.2 | 98.8 | 31.5 | 67.3 | 2.0 | 100.8 |
| Trunk Right | 32.6 | 31.9 | 48.2 | 15.7 | 32.5 | 1.0 | 49.2 |
| Trunk Left | 31.2 | 30.6 | 50.6 | 15.8 | 34.8 | 1.0 | 51.6 |
| Trunk Diff. | 1.4 | 1.4 | -2.4 | -0.1 | -2.3 | 0.0 | -2.4 |
| Android | 33.1 | 32.8 | 16.5 | 5.4 | 11.0 | 0.1 | 16.6 |
| Gynoid | 24.8 | 24.3 | 33.2 | 8.2 | 25.0 | 0.7 | 33.9 |
| Total | 26.1 | 25.3 | 204.2 | 53.4 | 150.8 | 7.1 | 211.2 |
| Total Right | 26.4 | 25.5 | 101.6 | 26.8 | 74.7 | 3.7 | 105.2 |
| Total Left | 25.9 | 25.0 | 102.6 | 26.5 | 76.1 | 3.4 | 106.0 |
| Total Diff. | 0.6 | 0.5 | -1.1 | 0.3 | -1.3 | 0.3 | -0.8 |

## Fat Mass Ratios:

| Trunk Fat Mass/Total Fat Mass | Legs Fat Mass/Total Fat Mass | Limbs Fat Mass/Trunk Fat Mass |
|---|---|---|
| 0.59 | 0.28 | 0.62 |

## Resting Metabolic Rate (RMR)
1,824 cal/day              Mifflin-St Jeor

## Relative Skeletal Muscle Index (RSMI)
11.16 kg/m²              Baumgartner

## Hydration Levels
Total Body Water (TBW):
Intra-cellular Water (ICW):
Extra-cellular Water (ECW):
TBW Device:

Statistically 68% of repeat scans fall within 1SD (± 0.8 % Fat, ±0.46 lbs. Tissue Mass, ±1.15 lbs. Fat Mass, ±1.34 lbs. Lean Mass for Total Body Total)
Date created: 07/09/2024 7:15:52 AM 15 [SP 3]; Filename: q4scgsapt6.dfb; Total Body; 76:0.15:76.52:62.7 0.00:-1.00 4.80x13.01 14.0:%Fat=26.1%; 0.00:0.00 0.00:0.00; Scan Mode: Thick;  0.8 µGy

GE Healthcare                Page: 1 of 1                Lunar Prodigy Advance
                                                         PA+500010