Dear Honorable Judge,

We are members of the Christian church community and have known Brother Hon Ning Ho for many years. We first came to know him through our church during 2011–2012, when he regularly attended our Friday fellowship gatherings. In 2019, we witnessed his baptism and his formal commitment as a Christian. Over the years, he has remained connected with the church and has participated in various gatherings and fellowship activities from time to time.

While we understand that he is currently facing serious charges, to our knowledge, he was raised in the United States and maintains a stable residence here. His wife also relies on his support in daily life and family matters. Additionally, his life arrangements and church connections are primarily based in this community.

If the Court grants his release, we are willing to continue supporting him, remain in contact with him, and encourage him to maintain a stable church life and spiritual practice. We believe that when a person continues to pursue a disciplined spiritual life and follows the teachings of the Lord, he will take his personal responsibilities seriously. Therefore, we respectfully ask the Court to carefully consider granting Brother Hon Ning Ho's release while he awaits trial.

With hearts of gratitude and reverence, we thank the Court for its thoughtful consideration in justice and wisdom.

Signature:

Lingying Zhuang 12/13/25    Zheng Qian Dec 13th, 2025    Liu Lee
Dexin Liu 12/13/25    Mei-Hui Lee 12/13/2025    12/13/2025

12/13/2025    Keyi Li 12/13/2025
Yan Zhou 12/13/2025    Chengyi Chu
Christine Wy 12/13/2025    12/13/2025    Qin Que 12/13/2025

Zavy 12/13/2025    Blessed are the merciful, This brother had church
12/12/25    for they life with us. May Lord
shall receive mercy. Give him Justice!
God bless us! — Qin.



Church and Community Life Photo Collection











