# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO: 8:25-cr-530-CEH-LSG

HON NING HO (1)
BRIAN CURTIS RAYMOND (2)
CHAM LI (3)
JING CHEN (4)
_____ /

## **ORDER**

This cause is before the Court following a status conference held on May 18, 2026. At the hearing, defense counsel moved for a continuance of the trial until the September 2026 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the SEPTEMBER 2026 trial term, commencing September 8, 2026. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendants to a speedy trial. The Court, therefore, determines that the time from today until the end of the September 2026 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **AUGUST 18, 2026, at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on May 22, 2026.

Charlene Edwards Honeywell
United States District Judge

Copies: Counsel of Record

2